COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No    01-19-00076-CR, *Curtis Lee Holliman v. The State of Texas*

On appeal from the 178th District Court of Harris County, Texas, Trial Court Case No. 1615491

Pursuant to Texas Rule of Appellate Procedure 34.6(d), the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing Defense Exhibit 2 (video).

The supplemental reporter's record shall be filed in the First Court of Appeals **no later than Monday, March 2, 2020.**

The Clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return them to the clerk of the 178th District Court.

It is so ORDERED.

Judge's signature:    ____/s/ Peter Kelly_____
                      Acting individually

Date:                _____February 20, 2020_____